IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH PARNELL, | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION NO. 13-0343-WS-C |
| UNITED STATES OF AMERICA, | : CRIMINAL ACTION NO. 08-0280-WS |
| Respondent. | |

## ORDER

After due and proper consideration of all issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 19, 2013, is **ADOPTED** as the opinion of this Court.

**DONE** this 6th day of August, 2013.

                              s/WLLIAM H. STEELE
                              **CHIEF UNITED STATES DISTRICT JUDGE**