IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH PARNELL, | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION NO. 13-0343-WS-C |
| UNITED STATES OF AMERICA, | : CRIMINAL ACTION NO. 08-0280-WS |
| Respondent. | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Parnell's motion to vacate (Doc. 79) be summarily dismissed as time-barred pursuant to 28 U.S.C. § 2255(f)(1). Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** this 6th day of August, 2013.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**